■ In the Matter of LESTER D. JANOFF, a Suspended Attorney. [759 NYS2d 651] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to the Departmental Disciplinary Committee for a hearing and report, as indicated. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Lerner and Gonzalez, JJ.